denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Peter A. Wilkinson, Jr., Respondent, v. Halliwell Electric Co., Inc., Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Isaac Wachtler, etc., v. Samuel Abramowitz and Others, Appellants.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

· May Suyematsu, Respondent, v. Henry Hoffman, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Denzer & Nathan, Inc., Respondent, v. Stewart & Sparry, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Fairbanks, Morse & Co., Inc., Appellant, v. General Accident, Fire and Life Assurance Corporation, Ltd., Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

E. Candia & Co., Inc., Respondent, v. Thomas Rubin, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

John E. Manix, Respondent, v. Alfred Fantl and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Arthur L. Weiss, Respondent, v. Harry Goldberger and Another, Appellants, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of George A. Wheelock, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin. JJ.

Kora Spalajkovitch-Germanitch, Appellant, v. Christopher G. Hupfel and Another. Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of Berson Sydeman Co., Inc., for an Order Directing Arbitration between Berson Sydeman Co., Inc., Appellant, and Fairfax Textile Mills, Inc., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

James Doran, Appellant, v. New York City Interborough Railway Company, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Carl Rudolph Schultz, as Surviving Trustee, etc., Plaintiff, v. Orla Rubsamen, as Surviving Trustee, etc., and Others, Defendants, and Orla Rubsamen, as Receiver, etc., Appellant, v. Louis Jersawit, Trustee, etc., and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Rose Abrahams, Respondent, v. Jacob Shainess and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.